AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Broadbent & Associates, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-CV-484 |
| Lerin Hills Ltd., a Texas Partnership, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lerin Hills Ltd.
by and through its registered agent,
J. Abel Godines
4820 Bacon Road
San Antonio, Texas 78249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Cave
Edward B. Marvin
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/09/2010_____                    _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

Broadbent & Associates, Inc.

_____
*Plaintiff*

v.

Lerin Hills Ltd., a Texas Partnership, et al.

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 10-CV-484

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lerin Development Company, L.L.C.
by and through its registered agent,
J. Abel Godines
4820 Bacon Road
San Antonio, Texas 78249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John C. Cave
Edward B. Marvin
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____06/09/2010_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Broadbent & Associates, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lerin Hills Ltd., a Texas Partnership, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. 10-CV-484

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MA Lerin Hills Holder LLC
by and through its registered agent,
United Corporate Services, Inc.
815 Brazos, Suite 500
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Cave
Edward B. Marvin
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____06/09/2010_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Broadbent & Associates, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. 10-CV-484 |
| Lerin Hills Ltd., a Texas Partnership, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lerin Hills Municipal Utility District
by and through its registered agent, Lynne B. Humphries
c/o Allen Boone Humphries Robinson LLP
3200 Southwest Freeway, Suite 2600
Houston, Texas 77027-7537

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Cave
Edward B. Marvin
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/09/2010_____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Broadbent & Associates, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Lerin Hills Ltd., a Texas Partnership, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. 10-cv-484

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J. Abel Godines
19723 La Sierra Boulevard
San Antonio, Texas 78256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Cave
Edward B. Marvin
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/09/2010_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Broadbent & Associates, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  10-CV-484 |
| Lerin Hills Ltd., a Texas Partnership, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pate Engineers, Inc.
by and through its registered agent,
Gerry E. Pate
13333 Northwest Freeway, Suite 300
Houston, Texas 77040-6010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John C. Cave
Edward B. Marvin
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/09/2010_____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Broadbent & Associates, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 10-CV-484 |
| Lerin Hills Ltd., a Texas Partnership, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jones & Carter, Inc.
                              by and through its registered agent,
                              James R. Jones
                              6335 Gulfton Street, Suite 200
                              Houston, Texas 77081-1169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Cave
                              Edward B. Marvin
                              Gunn, Lee & Cave, P.C.
                              300 Convent, Suite 1080
                              San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/09/2010_____          _____

                                        *Signature of Clerk or Deputy Clerk*