A.O.440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Broadbent & Associates, Inc.

*Plaintiff*

v.

Lerin Hills Ltd., a Texas Partnership, et al.

*Defendant*

Civil Action No. 10-CV-484

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J. Abel Godines
19723 La Sierra Boulevard
San Antonio, Texas 78256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John C. Cave
Edward B. Marvin
Gunn, Lee & Cave, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

*Signature of Clerk or Deputy Clerk*

Date: 06/09/2010



Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J. Abel Godines
was received by me on *(date)* June 17, 2010 .

☑ I personally served the summons on the individual at *(place)* 19723 La Sierra Blvd San Antonio, Texas 78256
on *(date)* Jun 22, 2010 / 2:50 PM; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/22/10

_____
Server's signature

**Margarito Vasquez sch 2597**
*Printed name and title*

3202 Also Dulce San Antonio, Texas 78211
*Server's address*

Additional information regarding attempted service, etc:

Non-Peace Officer Verification
Verification of return (if not served by peace officer)
sworn to this 23 day of June 20 10
By Margarito Vasquez Server
Jan Wells
Notary Public, State of Texas

JAN WELLS
MY COMMISSION EXPIRES
October 2, 2011



3921 J ABEL GODINES